United States District Court
Southern District of Texas
**ENTERED**
June 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CARMEN M. PARKER, § § Plaintiff, § § VS. § § BOARD OF TRUSTEES OF THE § GALVESTON WHARVES § § Defendant. § | CIVIL ACTION NO. 3:18-CV-69 |

## ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE

Came on this day for consideration the Parties' Joint Motion For Final Approval of Settlement Agreement and Dismissal of Claims with Prejudice in connection with the above-referenced case. After due consideration, this Court is of the opinion that the Joint Motion should be in all things **GRANTED**.

The Court finds that the Settlement Agreement, Exhibit A filed under seal, is an adequate, fair, and reasonable resolution of a bona fide dispute over wages owed pursuant to the federal Fair Labor Standards Act, and accordingly, the Settlement Agreement is **APPROVED**.

It is **FURTHER ORDERED, ADJUGDGED,** and **DECREED** that Plaintiff's lawsuit against Defendant is hereby dismissed with prejudice.

It is **FURTHER ORDERED** that the Court shall retain jurisdiction over the parties to enforce the Settlement Agreement.

1

SIGNED and executed this ___12th___ day of ___June___, 2019.

_____
UNITED STATES DISTRICT JUDGE